**Micah D. Fargey** (OSB No. 096814)
micah@fargeylaw.com
FARGEY LAW PC
7455 SW Bridgeport Road, Suite 220
Portland, Oregon 97224
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

Attorneys for Plaintiff
**Kevin Roberts**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KEVIN ROBERTS**, an individual, | Case No. 6:17-cv-1652 |
| Plaintiff, | |
| | NOTICE OF DISMISSAL |
| vs. | |
| **OREGON STATE UNIVERSITY**, a public university, **SCOTT BARNES**, in his individual and official capacity, **SUSAN CAPALBO**, in her individual and official capacity, | |
| Defendants. | |

**To the Court, the Clerk, and All Parties and their Counsel of Record:**

Pursuant to Rule 41 (1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kevin

Roberts ("Plaintiff") hereby dismisses this action without prejudice.

Respectfully submitted this 9th day of January, 2018.

*/s/ Micah D. Fargey*

**Micah D. Fargey** (OSB No. 096814)
micah@fargeylaw.com
FARGEY LAW PC
7455 SW Bridgeport Road, Suite 220
Portland, Oregon 97224
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

Attorneys for Plaintiff
**Kevin Roberts**